UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON WATTS, | No. 2:14-cv-2686 CKD P |
| Plaintiff, | |
| v. | ORDER |
| LYDIA ROMERO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

In addition, plaintiff indicates on his application that he owns assets worth a total of $87,000,000. If true, this would disqualify plaintiff from IFP status and he would be required to pay the filing fee. Plaintiff may clarify or correct this statement when he resubmits his IFP application, otherwise the court will assume plaintiff's sworn statement to be true.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide plaintiff with another copy of the in forma

1

pauperis application used by this court; and

    2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: January 6, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / watt2686.3c