UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON JOEY WATTS,<br><br>Plaintiff,<br><br>v.<br><br>LYDIA ROMERO, et al.,<br><br>Defendants. | No. 2:14-cv-2686 KJM CKD P<br><br><br><br>ORDER |

On May 21, 2018, plaintiff filed a request to waive the balance of the filing fee. This civil rights action was closed on June 30, 2015. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: June 5, 2018

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/watt2686.58

1